FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 13, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRANG T. HUYEN AGUIRRE,<br><br>        Plaintiff,<br><br>   v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.; RYAN BELL; DANIEL NATHAN GORDON; MATTHEW R. AYLWORTH; and ELEANOR TAMI,<br><br>        Defendants. | NO: 4:22-CV-5118-TOR<br><br>ORDER OF DISMISSAL |

Federal Rule of Civil Procedure 4 provides that a summons and complaint must be served upon each defendant within 90 days of filing. Rule 4(m) also governs the procedure that a district court must follow in the event that service is not completed within 90 days:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be

ORDER OF DISMISSAL ~ 1

made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. Fed. R. Civ. P. 4(m).

Plaintiff filed a Complaint in this case on September 22, 2022. ECF No. 1. Summons were issued but there was no further activity in this case. On January 27, 2023, the Court issued an Order for Plaintiff to show cause why this entire case should not be dismissed for failure to properly serve defendants and otherwise prosecute the case. ECF No. 5. Plaintiff did not respond, has given no explanation as to why Defendants have not been properly served, nor has he asked for additional time. Thus, no "good cause" has been shown to extend the time for service.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

All claims and causes of action in this matter are **DISMISSED** without prejudice.

The District Court Executive is hereby directed to enter this Order and Judgment accordingly, furnish copies to Plaintiff at his last known address, and **CLOSE** the file.

DATED February 13, 2023.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL ~ 2